IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

FRIGORIFICO MARIN INC

CASE NO. 12-01279 BKT

Chapter 11

XXX-XX2544

**FILED & ENTERED ON 09/12/2012**

Debtor(s)

ORDER

Debtor filed its voluntary petition on February 23, 2012, under the provisions of Chapter 11 of the Bankruptcy Code (Dkt No. 1). As evidenced by the monthly operating reports, Debtor had ceased operations of a cash & carry before the filing of its voluntary petition (Dkt No. 34). Debtor has generated some income from liquidating its inventory. However, Debtor intends to sell its sole commercial real property to generate the income to pay all of its creditors (Dkt No. 29). Therefore, the Court determines that this is a SARE case under 11 U.S.C §101(51B). Accordingly, Section 362(d)(3) of the Bankruptcy Code, 11 U.S.C. §362(d)(3), is applicable.

IT IS SO ORDERED.

San Juan, Puerto Rico this 12 day of September, 2012.

Brian K. Tester
U.S. Bankruptcy Judge

CC:   ALL CREDITORS